IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TRI-PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFE HARVEST MEDICAL, LLC; SAFE HARVEST, LLC; GARRETT MANN; LILLIAN BAY HOLDINGS, LLC; LILLIAN BAY MEDICAL, INC.; and BRAD BEATTY, <br><br> Defendants. | Case No. 7:22-CV-00231 <br> (JURY DEMANDED) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AND FOR DEFAULT JUDGMENT AND PLAINTIFFS MOTION FOR SANCTIONS

Defendants Lillian Bay Holdings, LLC, Lillian Bay Medical, Inc. and Brad Beatty (collectively, "Defendants") ask the Court to extend the time to file its response to Plaintiff's Motion to Strike Answer and for Default Judgment and Plaintiff's Motion for Sanctions, as authorized by Federal Rule of Civil Procedure 6(b).

1. On February 21, 2023, this Court held a status conference to discuss all pending motions. During the hearing, the Court denied Plaintiff's Motion to Strike Answer and for Default Judgment (Doc. 210) and granted the Defendants 30 days to respond to said motion and to Plaintiff's Motion for Sanctions (Doc.209).

2. The issues presented by the Motion to Strike Answer and for Default and Motion for Sanctions require additional research and briefing creating the need for additional time to allow counsel for Defendants to properly respond.

3. Also, counsel for the Defendants needs more time to file the responses due to a heavy caseload and family travel. Defendants request an additional two weeks to file responses.

4. Should the Court grant this motion, the Defendants' response would be due on April 4, 2023.

5. All counsel participated in a conference call on Wednesday, March 8, 2023, to discuss various topics prior to the next scheduled Status Conference with the Court. During the call, counsel for the Defendants asked all counsel if they opposed the motion and counsel indicated that they were unopposed.[1]

6. A court may grant a request to extend time for good cause. FED. R. CIV. P. 6(b)(1)(A); *Rachel v. Troutt*, 820 F.3d 390, 394–95 (10th Cir. 2016); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010).

7. Defendants request an extension of time to conduct additional briefing on the matters raised in the Plaintiff's Motion to Strike Answer and Default Judgment and Motion for Sanctions.

8. Defendants ask the Court to extend the deadline to April 4, 2023.

9. Defendants request to extend time is for good cause and is not intended to delay these proceedings. *See* FED. R. CIV. P. 6(b)(1)(A).

10. Plaintiffs will not be prejudiced by the extension of time. *Rachel*, 820 F.3d at 394–95; *Ahanchian*, 624 F.3d at 1259–60

For these reasons, Defendants ask the Court to extend the time to file a response to the Plaintiff's Motion to Strike Answer and for Default Judgment and Motion for Sanctions to April 4, 2023.

---

[1] Counsel for Plaintiffs indicated that they were unopposed but do not consent to this motion. Counsel for Safe Harvest indicated that he was unopposed to the motion in all respects.

Respectfully submitted,

*Michael Rodriguez /s/*
Michael Rodriguez
State Bar No. 00791553
S. D. Tex. No. 18759
Email: mrodriguez@atlashall.com
Eduardo Roberto Rodriguez
State Bar No. 00000080
S. D. Tex. No. 1944
Email: errodriguez@atlashall.com
**Atlas Hall & Rodriguez LLP**
222 N. Expressway, Suite 203
Brownsville, Texas 78520
Telephone: (956) 574-9333
Facsimile: (956) 574-9337

**Attorneys for Defendants**

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 8, 2023, counsel for Safe Harvest, Mathew Hall, and counsel for Tripharma, Joseph A. "Tony" Rodriguez indicated that they were unopposed to the forgoing motion as indicated in the body of the motion and in the footnote included herein.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by electronic service on March 14, 2023, to opposing counsel as follows:

*Michael Rodriguez*
Michael Rodriguez