United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | Case no. (7:22-cv-00231) |
|---|---|---|---|

Tri-Pharma, Inc.

*versus*

Safe Harvest Medical, LLC, et. al.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jeremy S. Wysocki<br>Wysocki Law Group, P.C.<br>4582 S. Ulster St., Suite 950<br>Denver, CO 80237<br>303-396-8200<br>jwysocki@wysocki.law<br>TX Bar No. 24056568; CO Bar No. 37219 |
|---|---|
| Name of party applicant seeks to appear for: | Garrett Edward Mann;<br>Safe Harvest, LLC; Safe Harvest Medical, LLC |

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/22/2023   Signed: *[signature]*

The state bar reports that the applicant's status is: eligible to practice / active

Dated: 04/20/23   Clerk's signature: *Karen Lopez*

**Order**

Dated: 4/21/23

This lawyer is admitted *pro hac vice*.

*Ricardo H. Hinojosa*
United States District Judge