IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TRI-PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFE HARVEST MEDICAL, LLC; SAFE HARVEST, LLC; GARRETT MANN; LILLIAN BAY HOLDINGS, LLC; LILLIAN BAY MEDICAL, INC.; and BRAD BEATTY, | Case No. 7:22-CV-00231 <br> (JURY DEMANDED) |

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANTS**

This matter came before the Court on a motion by Matthew F. Hall, Jacob Z, Coates of the law firm of Hill Ward & Henderson, P.A. to withdraw as counsel for Defendants, Safe Harvest Medical, LLC, Safe Harvest, LLC, and Garrett Mann ("Safe Harvest Defendants"). [Doc. _____.] Safe Harvest Defendatns consent to their withdrawal, and Safe Harvest Defendants will remain represented by counsel in this case.

ACCORDINGLY, for good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED:

That Matthew F. Hall, Jacob Z. Coates of the law firm of Hill Ward & Henderson, P.A. are permitted to withdraw as counsel for Safe Harvest Medical,

LLC, Safe Harvest, LLC, and Garrett Mann and they are relieved of further responsibility in this case.

SO ORDERED, this _____ day of _____ , 2023.

_____
Honorable Ricardo H Hinojosa
District Judge