United States District Court
Southern District of Texas
**ENTERED**
June 14, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TRI-PHARMA, INC.,<br><br>　Plaintiff,<br><br>v.<br><br>SAFE HARVEST MEDICAL, LLC; SAFE HARVEST, LLC; GARRETT MANN; LILLIAN BAY HOLDINGS, LLC; LILLIAN BAY MEDICAL, INC.; and BRAD BEATTY, | Case No. 7:22-CV-00231 |

## ORDER GRANTING UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

CAME ON BEFORE THE COURT, this day, the Safe Harvest Defendants' Unopposed Motion for a One-Day Extension of Time to File Motion for Summary Judgment, and after considering the Motion, the Court is of the opinion that the Motion shall be GRANTED.

THEREFORE, it is ordered that the Court will accept the Safe Harvest Defendants' Motion for Summary Judgment as of June 15, 2023.

DONE this 13th day of June, 2023.

_____
Ricardo H. Hinojosa
U.S. District Judge