United States District Court
Southern District of Texas
**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| TRI-PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFE HARVEST MEDICAL, LLC et al., <br><br> Defendants. | Case No. 7:22-CV-00231 <br> (JURY DEMANDED) |

## ORDER GRANTING CONSENT MOTION TO EXTEND
### STAY TO EFFECT SETTLEMENT

CAME BEFORE THE COURT, this day, Plaintiff Tri-Pharma, Inc.'s Time-Sensitive Consent Motion to Extend Stay to Effect Settlement and, after considering the Motion and Defendants' consent thereto, the Motion is GRANTED.

THEREFORE, it is ordered that the Court's previously entered stay of this case, [see Doc. 251], is extended by 60 days from the date of this Order.

DONE, this _15th_ day of August, 2023.

_Ricardo H. Hinojosa_
U.S. District Judge