**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| TRI-PHARMA, INC., | |
|    Plaintiff, | |
|    v. | Case No. 7:22-CV-00231 (JURY DEMANDED) |
| SAFE HARVEST MEDICAL, LLC; SAFE HARVEST, LLC; GARRETT MANN; LILLIAN BAY HOLDINGS, LLC; LILLIAN BAY MEDICAL, INC.; and BRAD BEATTY, | |
|    Defendants. | |

## JUDGMENT AGAINST THE SAFE HARVEST DEFENDANTS

This action having come before the Court for consideration of Plaintiff Tri-Pharma, Inc.'s Motion to Enforce Settlement,  and after reviewing the motion, all exhibits thereto, and the pleadings, it is

ORDERED and ADJUDGED that Defendants Safe Harvest Medical, LLC, Safe Harvest, LLC, and Garrett Mann are jointly and severally liable to Plaintiff Tri-Pharma, Inc. in the total amount of $400,000 as to all claims, jointly and severally, with post-judgment interest to accrue from the date of this judgment as allowed by law, for which let execution issue if not timely paid. All relief against Defendants Safe Harvest Medical, LLC, Safe Harvest, LLC, and Garrett Mann herein not granted is denied.

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
Hon. Ricardo H. Hinojosa
U.S. District Court Judge