IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| TRI-PHARMA, INC., <br>     *PLAINTIFF* <br><br> v. <br><br> SAFE HARVEST MEDICAL, LLC; SAFE HARVEST, LLC; GARRETT MANN; LILLIAN BAY HOLDINGS, LLC; LILLIAN BAY MEDICAL, INC.; and BRAD BEATTY, <br>     *DEFENDANTS* | § § § § § § § § § § § | Case No. 7:22-CV-00231 <br> (JURY DEMANDED) |

## ORDER GRANTING DEFENDANTS LILLIAN BAY HOLDINGS, LLC, N/K/A LILLIAN BAY MEDICAL, INC., and BRAD BEATTY'S UNOPPOSED MOTION FOR MICHAEL RODRIGUEZ TO BE EXCUSED

CAME ON BEFORE THE COURT, this day, Defendants' Lillian Bay Holdings, LLC, Lillian Bay Medical, Inc., and Brad Beatty's Unopposed Motion for Michael Rodriguez to be Excused and after having considered the Motion and all documents on file in this case, the Court is of the opinion that the Motion be GRANTED.

DONE this _____ day of _____, 2023

                                                                                                         Judge Presiding