# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| TRI-PHARMA, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> SAFE HARVEST MEDICAL, LLC; SAFE HARVEST, LLC; GARRETT MANN; LILLIAN BAY HOLDINGS, LLC; LILLIAN BAY MEDICAL, INC.; and BRAD BEATTY, <br><br>   Defendants. | Case No. 7:22-CV-00231 <br> (JURY DEMANDED) |

## PLAINTIFF'S NOTICE OF FILING

Plaintiff Tri-Pharma hereby gives notice that it is filing the accompanying documents, as requested by the Court on March 28, 2024:

1. Compromise Settlement Agreement between Plaintiff Tri-Pharma, Inc. and Defendants Lillian Bay Holdings, LLC, Lillian Bay Medical, Inc., and Brad Beatty; and

2. Compromise Settlement Agreement between Plaintiff Tri-Pharma, Inc. and Defendants Safe Harvest Medical, LLC, Safe Harvest, LLC, and Garrett Mann.

[*Signature Page Follows.*]

This, the 28th day of March, 2024.

                                        Respectfully submitted,

                                    By: */s/ Aaron Chausmer*
                                            Aaron Chausmer
                                            Georgia Bar No. 119998
                                            (Admitted pro hac vice)

                                            Email: achausmer@wwhgd.com
                                            Weinberg Wheeler Hudgins Gunn Dial LLC
                                            3344 Peachtree Road, NE
                                            Suite 2400
                                            Atlanta, GA 30326
                                            Tel: 404.832.9518
                                            Fax: 404.875.9433
                                            Attorney-in-Charge for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned certifies that pursuant to the Federal Rules of Civil Procedure, specifically including Fed. R. Civ. P. 26(f) and the Local Rules for the United States District Court for the Southern District of Texas, including LR 7.1D, that this is a procedural filing for which the defendants are not opposing parties such that it is not understood to be subject to the court's conferral requirement. Additionally, the attached documents are being filed at the request of the Court.

The undersigned counsel further certifies that, on this date, a true and correct copy of the foregoing document was electronically served on all defendants as follows, either through the Court's CM/ECF system or via electronic service because they have not registered as filing users of the system. *See* LR5.1 and 5.3.

Via Court's CM/ECF
Michael Rodriguez
Atlas, Hall & Rodriguez, LLP
222 N. Expressway 77
Suite 203
Brownsville, Texas 78521
Telephone: (956) 574-933
mrodriguez@atlashall.com
*Counsel for Lillian Bay Defendants*

Via Court's CM/ECF
Jeremy S. Wysocki
Wysocki Law Group, P.C.
4582 S. Ulster Street., Suite 950
Denver, CO 80237
jwysocki@wysocki.law
*Counsel of Record for Safe Harvest Medical, LLC and Safe Harvest, LLC and Respondents*

This, the 28th day of March, 2024.

 */s/ Aaron Chausmer*
Aaron Chausmer
Georgia Bar No. 119998
(Admitted pro hac vice)