United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TRI-PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFE HARVEST MEDICAL, LLC; SAFE HARVEST, LLC; GARRETT MANN; LILLIAN BAY HOLDINGS, LLC; LILLIAN BAY MEDICAL, INC.; and BRAD BEATTY, <br><br> Defendants. | Case No. 7:22-CV-00231 <br> (JURY DEMANDED) |

## CONSENT JUDGMENT AGAINST THE LILLIAN BAY DEFENDANTS

This action having come before the Court for consideration of Plaintiff Tri-Pharma, Inc. and Defendants Lillian Bay Holdings, LLC, Lillian Bay Medical, Inc., and Brad Beatty's Joint Motion for Entry of Consent Judgment, and the parties having represented to the Court that they have compromised and settled all matters in dispute and that as a part of same a Judgment should be entered in favor of Plaintiff Tri-Pharma, Inc. and against Defendants Lillian Bay Holdings, LLC, Lillian Bay Medical, Inc., and Brad Beatty;

Therefore, after reviewing the motion, the pleadings, and with the consent of the aforementioned defendants as shown by their signatures below, it is:

ORDERED and ADJUDGED that Defendants Lillian Bay Holdings, LLC, Lillian Bay Medical, Inc., and Brad Beatty are jointly and severally liable to Plaintiff Tri-Pharma, Inc. in the total amount of $266,000 as to all claims, jointly and severally, with post-

judgment interest to accrue from the date of this judgment as allowed by law, for which let execution issue if not timely paid. All relief against Defendants Lillian Bay Holdings, LLC, Lillian Bay Medical, Inc., and Brad Beatty herein not granted is denied.

IT IS SO ORDERED, this __28th__ day of March, 2024

_Ricardo H. Hinojosa_
Hon. Ricardo H. Hinojosa
U.S. District Court Judge

Consented to by:

_[signature]_  Date: 10/6/2023
Defendant Brad Beatty, Individually and
on behalf of Defendants Lillian Bay
Holdings, LLC and Lillian Bay Medical, Inc.

_[signature]_  11/9/23

AARON CHAUSMER
ADMITTED PRO HAC VICE
COUNSEL FOR PLAINTIFF
TRU PHARMA, INC.

-2-

03744914.DOCX